CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Krisstian Taddey** DOB:1986 ; United States<br>**David Robledo** DOB:1995; United States<br>**Alan Bojorquez** DOB:1986; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>20-00648MJ |

Complaint for violation of Title 8 United States Code ▯ 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about November 2, 2020, in the District of Arizona, **Krisstian Taddey**, **David Robledo**, and **Alan Bojorquez**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to conceal, harbor, or shield certain illegal aliens, including Maria Elena Callejas-Hernandez and Arturo Godines-Hernandez; within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about November 2, 2020, in the District of Arizona, **Krisstian Taddey, David Robledo,** and **Alan Bojorquez**, knowing or in reckless disregard that certain aliens, including Maria Elena Callejas-Hernandez and Arturo Godines-Hernandez had come to, entered, and remained in the United States in violation of law, did conceal, harbor, or shield said aliens within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about November 2, 2020, in the District of Arizona (Nogales), United States Border Patrol Agents (BPA) responded to assist Nogales Police Department (NPD) Officers with a group of suspected illegal aliens at the Time Motel in Nogales, AZ. The officers told the agents that they had received a call from a woman in Tucson. The woman claimed that her brother, later identified as Arturo Godinez-Hernandez, was being held at the Time Motel in Nogales, AZ and being extorted for money. The officers responded to the Time Motel and saw a subject, later identified as **Krisstian Taddey** walking around outside room 102. As the officers approached **Taddey**, he began anxiously banging on the door of room 102. While questioned, **Taddey** had a handgun but he said "It's fake" (it was determined to be an air gun). The officers knocked on the door to room 102 and found two other subjects, later identified as **David Roblero** and **Alan Bojorquez**.

While talking to **Taddey, Roblero,** and **Bojorquez**, another Time Motel tenant approached the officers and informed them that **Taddey, Roblero,** and **Bojorquez** were also using room 142 in addition to room 102. The officers knocked on room 142 and found seven suspected illegal aliens, including the woman's brother Godinez-Hernandez and Maria Elena Callejas-Hernandez. All seven later admitted to the agents they were in the U.S. illegally. The officers searched room 102 and found an AR-15 look-alike air gun, several knives, and a double sided axe. Outside room 102, the officers discovered cameras that could be used to monitor the exterior of room 102 and room 142. **Continue on back**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Maria Elena Callejas-Hernandez and Arturo Godines-Hernandez ||
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA  Digitally signed by RICARDO ISLAVA Date: 2020.11.03 11:27:30 -07'00' |
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone _x_ ||
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>November 3, 2020 |

See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

The officers found a key to room 142 in **Bojorquez**'s possession.

Material witnesses Maria Elena Callejas-Hernandez and Arturo Godines-Hernandez said arrangements to be smuggled into the United States for money were made. Both admitted they crossed the U.S. border illegally. Godines said he was guided via cell phone and was picked up by a female in a vehicle. He was then transported to a hotel and then he was escorted to a room where he noticed six other illegal aliens already in the room. A male, later identified Taddey, came inside the room. The female left the room after arguing with **Taddey**. **Taddey** became very hostile towards the illegal alien and brandished many weapons to them and also pointed a rifle at one of the illegal aliens. **Taddey** left the room but came back shortly and took all the cellphones from them. Godines said he feared for his life and felt he was being kidnapped. He overheard **Taddey** talking with another male in the room next to theirs. He heard **Taddey** say they were going to take them to a house or a ranch. Before all the phones were taken away, Godines texted his sister through Whatsapp and informed her of the hostile situation he was in.

In a post-*Miranda* statement, **Krisstian Taddey** said he was offered work to pick up people. **Taddey** said he put seven people in his hotel room today and he knew they were form another country. He said he knows it's illegal to house illegal aliens in the U.S. **Taddey** stated he had the air guns because he was going to take his son to shoot the guns, he denied ever threatening any of the aliens with the guns.

In a post-*Miranda* statement, **Robledo** said he had been staying in room 102 since yesterday with his friend **Bojorquez** and several others. **Robledo** said **Taddey** would come and go from room 102. He said he thought there were only two illegal aliens in room 142 because he saw **Taddey** drop only two people in room 142 around 7:00 p.m. but he heard from the officers there were seven after he was detained. **Robledo** said **Taddey**'s girlfriend rented room 142. **Robledo** denied any involvement with the illegal aliens in room 142 and he had never gone inside the room. **Robledo** said **Taddey** works coordinating human smuggling operations and he had asked him if he wanted to make money smuggling illegal aliens approximately two months ago.

In a post-*Miranda* statement, **Bojorquez** admitted he was aware or at least hear of **Taddey** being involved in smuggling drugs or illegal aliens. He said he noticed there was a camera in **Taddey**'s motel room window. He tough **Taddey** might be up to something shady, but had no idea what was going on in the room. **Bojorquez** said this morning **Taddey** knocked on his door and wanted to stash some items. He claimed the axe was the only weapon in his room and that the guns and knives were not there when he was arrested.