AMENDED CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v. | DOCKET NO. |
| **Verenice Ybette Arizpe** DOB: 1979; U.S. Citizen<br>**Krisstian Taddey** DOB: 1986; U.S. Citizen | MAGISTRATE'S CASE NO.<br>**20-00648M(EJM)** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** From on about a time unknown to on or about September 19, 2018 in the District of Arizona, **Verenice Ybette Arizpe** and **Krisstian Taddey**, named herein as the defendant, did knowingly, intentionally, and in reckless disregard that certain illegal aliens had come to, entered, and remained in the United States in violation of law, did transport and facilitate transport of certain illegal aliens within the United States and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On Monday November 2, 2020, Nogales Police Department (NPD) Officers along with U.S. Border Patrol Agents (BPAs) and Homeland Security Investigations (HSI) agents encountered seven (7) illegal aliens within room 142 of the Time Motel located at 921 N. Grand Avenue in Nogales, Arizona. Officers and Agents responded to the Time Motel after receiving information that the illegal aliens in room 142 were in duress, possibly being intimidated, extorted, and held against their will by their smuggler(s).

Upon arrival to the Time Motel, NPD Officers detained Krisstian TADDEY outside of room 102, which sits adjacent to room 142. TADDEY was in possession of weapons. HSI agents interviewed the manager of the Time Motel and discovered Verenice Ybette ARIZPE, a resident of Mesa, Arizona, had rented room 142 continuously from September 1, 2020 to November 2, 2020. ARIZPE provided her Arizona driver's license during registration which was photocopied and kept with the registration ledger. ARIZPE listed her vehicle as a Nissan Armada and listed the number of occupants of room 142 as being three (3). Agents also learned ARIZPE was the girlfriend of TADDEY.

In a post-*Miranda* statement, Krisstian Taddey said he was offered work to pick up people. Taddey said he put seven people in his hotel room today and he knew they were from another country. He said he knows it is illegal to house illegal aliens in the U.S.

**Continued on next page**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Maria Elena Callehas-Hernandez and Arturo Godines-Hernandez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JACKSON STEPHENS  *Digitally signed by JACKSON STEPHENS Date: 2020.11.17 10:36:19 -07'00'* | SIGNATURE OF COMPLAINANT<br>*/s/ Taylor*<br>OFFICIAL TITLE<br>Special Agent |
|---|---|
| **Sworn by telephone  x** ||
| SIGNATURE OF MAGISTRATE JUDGE<br>*/s/ Jacqueline M. Rateau* | DATE<br>November 17, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

**Continued from previous page**

HSI agents discovered ARIZPE's Nissan Armada at the Siesta Motel, a few blocks from the Time Motel. Agents learned from Siesta Motel staff that ARIZPE had checked into room 201 the night prior. Agents discovered ARIZPE in room 201 and she agreed to be interviewed there.

ARIZPE told agents that TADDEY (her ex-boyfriend) was involved in smuggling illegal aliens for profit. ARIZPE stated she smuggled three (3) of the illegal aliens that were discovered in room 142 of the Time Motel and that TADDEY had smuggled the remaining four (4). ARIZPE told agents that on November 1, 2020, she picked up two (2) male illegal aliens from Denny's and one (1) female illegal alien from a Mexican restaurant and transported them to her room (142) at the Time Motel. ARIZPE also told agents she had been living with illegal aliens in room 142 over the previous week. ARIZPE stated she expected to receive $450 dollars for transporting the three (3) illegal aliens to her motel room (142) which would be paid to her through TADDEY. ARIZPE admitted to agents that she knew it was illegal to smuggle people, but insinuated she needed to in order to take care of her family.

Arturo Jaime GODINEZ-Hernandez, one of the illegal aliens smuggled by ARIZPE, told agents during his interview that ARIZPE picked him at the Denny's and transported him to room 142.